No. 264. MONTGOMERY WARD & CO., INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *David L. Dickson* for petitioner. *Solicitor General Rankin, Jerome D. Fenton, Stephen Leonard* and *Dominick L. Manoli* for respondent.

No. 265. PEDONE, EXECUTRIX, ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Jerome N. Curtis* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Carolyn R. Just* for the United States.

No. 266. HUMBLE OIL & REFINING Co. *v.* ATWOOD ET AL. C. A. 5th Cir. Certiorari denied. *Felix A. Raymer* and *Nelson Jones* for petitioner. *David C. Bland, Jr.* for respondents.

No. 267. RENAIRE CORPORATION (PENNSYLVANIA) ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 3d Cir. Certiorari denied. *Edwin P. Rome* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Daniel M. Friedman, Earl W. Kintner* and *James E. Corkey* for respondent.

No. 268. COOPER, SURVIVING TRUSTEE, ET AL. *v.* NEW JERSEY, BY THE STATE HIGHWAY COMMISSIONER, ET AL. Supreme Court of New Jersey. Certiorari denied. *William V. Breslin* for Cooper et al., and *John Milton* for Cummins, petitioners. *John B. O'Neill* of counsel for petitioners. *John Wallace Leyden, Jr.* and *Gerald E. Monaghan* for the Borough of Fort Lee, New Jersey, respondent.